# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2019

Bridget M. McCormack,
Chief Justice

159987

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* H. M. McCLINTON, Minor.

SC: 159987
COA: 346848
Oakland CC Family Div:
2018-865066-NA

_____/

On order of the Court, the application for leave to appeal the July 18, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2019

Clerk

b1008